UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIVERSIFIED GLASS SERVICES, INC., et al.
**Plaintiff**

-v-

Pilkington North America, Inc., et al.

**Defendant**



08 CV 0903

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Diversified Glass Services, Inc.,</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: January 25, 2008

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf