UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Diversified Glass Services, Inc.     Plaintiff,<br><br>-v-<br><br>Pilkington North America, Inc., et al.<br><br>                              Defendant. | Case No. 08-cv-00903<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Pilkington North America, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Nippon Sheet Glass Company Ltd., a publicly traded Japanese company, indirectly wholly owns Pilkington North America, Inc

Date: March 11, 2008

Signature of Attorney

Attorney Bar Code: CH1234

Form Rule7_1.pdf  SDNY Web 10/2007

## CERTIFICATE OF SERVICE

I, T. Joel Zuercher, hereby certify that on March 11, 2008, true and correct copies of Rule 7.1 corporate disclosure statements for the following Defendants were filed electronically:

- Pilkington North America, Inc.
- Nippon Sheet Glass Company, Ltd.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, copies of the foregoing were sent via first class U.S. mail to the following:

**SEE ATTACHED SERVICE LIST**

_____
T. Joel Zuercher

Dated: March 11, 2008

## SERVICE LIST

Corey C. Watson
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
213.680.8482 (office)
213.680.8500 (fax)
*Attorney for Defendants*
*Guardian Glass Corporation*


Paul Hessler
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
212.903.9140 (office)
212.903.9100 (fax)
*Attorney for Defendants*
*Saint-Gobain Corporation &*
*Saint-Gobain S.A.*


Leah Brannon
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
202.974.1500 (office)
202.974.1999 (fax)
*Attorney for Defendants*
*Asahi Glass Company Ltd. &*
*AGC Group (f/k/a AFG Glass*
*or AFG Industries, Inc.)*

Peter Safirstein
Milberg Weiss LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
212.594.5300 (office)
212.868.1229 (fax


Merrill G. Davidoff
Berger & Montague, P.C.
1622 Locust Street
Phila., PA 19103
215.875.3000 (office)
215.875.4604 (fax)


Joseph R. Saveri
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 941113339
415.956.1000 (office)
415.956.1008 (fax)


Steven E. Fineman
Leiff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
212.355.9500 (office)
212.355.9592 (fax)

*Attorneys for Plaintiff Diversified Glass*
*Services. Inc., Individually and on Behalf of*
*Itself and all Others Similarly Situated*