IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVERSIFIED GLASS SERVICES, INC., Individually and on Behalf of Itself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Pilkington North America, Inc., Nippon Sheet Glass, AGC Group (f/k/a AFG Glass or AFG Industries, Inc.), Asahi Glass Co. Ltd., Saint-Gobain Corporation, Saint-Gobain SA, Guardian Glass Corporation and Co-Conspirators I-X, <br><br> Defendants. | Case No. 08-CV-0903 LAK |

**GUARDIAN GLASS COMPANY'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Guardian Glass Corporation does not exist. Guardian Glass Company, which is not a named defendant, is a wholly-owned subsidiary of Guardian Automotive Products, Inc., which is a wholly-owned subsidiary of Guardian Automotive, Inc., which is a wholly-owned subsidiary of Guardian Industries Corp. No publicly held company owns 10% or more of Guardian Glass Company. Guardian Industries Corp. has no parent corporations, and no publicly held companies own 10% or more of Guardian Industries Corp.

Date: March 12, 2008                                  Respectfully submitted,

                                                      /s/ Keren Naveh
                                                      _____
                                                      Keren Naveh (KN8456)
                                                      KIRKLAND & ELLIS LLP
                                                      Citigroup Center
                                                      153 East 53rd Street
                                                      New York, New York 10022-4611
                                                      Telephone:   (212) 446-4800
                                                      Facsimile:   (212) 446-4900
                                                      E-Mail:      knaveh@kirkland.com

                                                      *Attorneys for Guardian Glass Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on March 12, 2008. The parties may access this filing through the Court's CM/ECF system. Additionally, a copy of this filing will be sent today via U.S. mail to counsel to the counsel identified on the attached Service List.

DATED:  March 12, 2008

/s/ Keren Naveh
Keren Naveh
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
E-Mail:   knaveh@kirkland.com

*Attorneys for Guardian Glass Company*

## *SERVICE LIST*

**Peter Safirstein**
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Fax: (212)868-1229

**Joseph R. Saveri**
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Fax: (415)956-1008

**Merrill G. Davidoff**
David F. Sorenson
Eric L. Cramer
Michael Dell Angelo
Matthew McCahill
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Fax: (215)995-4658

*Attorneys for Plaintiff Diversified Glass Services, Inc.*

**Steven R. Smith**
CONNELLY, JACKSON & COLLIER LLP
405 Madison Avenue, Suite 1600
Toledo, OH 43604
Fax: (419) 243-7119

*Attorneys for Pilkington North America, Inc.*

**Barbara T. Sicalides**
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
Fax: (215) 981-4750

*Attorneys for Pilkington North America, Inc. and Nippon Sheet Glass Co. Ltd.*

**Mark Leddy**
CLEARY, GOTTLIEB, STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Fax: (202) 974-1999

*Attorneys for Asahi Glass Co. Ltd. and AGC Group*

**Paul S. Hessler**
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
Fax: (212) 903-9100

*Attorneys for Saint-Gobain Corporation and Saint-Gobain SA.*