AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

DIVERSIFIED GLASS SERVICES, INC., Individually
And On Behalf Of Themselves and All Others Similarly
Situated,

V.

Pilkington North America, Inc. et al.
(See Attachment A for full list of Defendants)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 0903**

JUDGE KRAM

TO: (Name and address of Defendant)

(See Attachment B)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Safirstein, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

DATE JAN 2 5 2008

(By) DEPUTY CLERK

## Attachment A

### List of All Defendants

**Pilkington North America, Inc.**

**Nippon Sheet Glass**

**AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)**

**Asahi Glass Co. Ltd.**

**Saint-Gobain Corporation**

**Saint-Gobain SA**

**Guardian Glass Corporation**

**Co-Conspirators I - X**

**Attachment B**

**Pilkington North America, Inc.**
811 Madison Avenue
Toledo, OH  43604-5684

**Nippon Sheet Glass**
Sumitomo Fudosan Mita Twin Building West Wing
5-27, Mita 3-chome
Minato-ku, Tokyo 108-6321 JAPAN

**AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)**
1400 Lincoln Street
Kingsport, TN  37660

**Asahi Glass Co. Ltd.**
1-12-1, Yarakucho
Chiyoda-ku, Tokyo 100-8405 JAPAN

**Saint-Gobain Corporation**
750 E. Swedesford Road
Valley Forge, PA  19482-0101

| | |
|---|---|
| **Saint-Gobain SA**<br>Les Miroirs<br>92096 La Défense Cedex<br>FRANCE | **Saint-Gobain SA**<br>Les Miroirs<br>18, avenue d'Alsace<br>92400 Courbevoie<br>FRANCE |

**Guardian Glass Corporation**
2300 Harmon Rd.
Auburn Hills, MI  48326-1714

**Co-Conspirators I - X**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/1/08 |
| NAME OF SERVER (PRINT) JENNIFER PLOTT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVED CT CORP @ REG. AGENT FOR AFG INDUSTRIES INC  (ERIKA MILLIGAN)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
           Date                  Signature of Server

P.O. BOX 1748
KNOXVILLE, TN 37901-1748
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

United States District Court
_(NAME OF COURT)_

| Diversified Glass Services, Inc. vs AFG Group f/k/a AFG Industries, Inc. | 08CV0903 |
|---|---|
| PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT | CASE NUMBER |

I, Jennifer Plott, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served AFG Industries, Inc. c/o CT Corporation, Registered Agent for Service of Process
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Civil Cover Sheet; Summons; Complaint, Class Action, Demand for Jury Trial, Rule 7.1 Statement; guidelines for Electronic Case Filing; 3rd Amended Instructions; Rules for Attorneys; and Procedures for Electronic Case Filing

by leaving with Erika Milligan     Service of Process Specialist      At
NAME                    RELATIONSHIP

☐ Residence _____
               ADDRESS                    CITY / STATE

☑ Business  800 S. Gay Street, Suite 2021     Knoxville, TN 37929
               ADDRESS                    CITY / STATE

On  2/1/2008  AT  1:30 pm
    DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                DATE
from _____
     CITY    STATE    ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) 2/1/08  1:30pm  (2) _____
                                                     DATE    TIME        DATE    TIME
(3) _____    (4) _____    (5) _____
   DATE TIME     DATE TIME     DATE TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_Jennifer Plott_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  4  day of  February , 2008

_Barry A. Kaley_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  Tennessee

MY COMMISSION EXPIRES
April 30, 2011

FORM 2