AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DIVERSIFIED GLASS SERVICES, INC., Individually
And On Behalf Of Themselves and All Others Similarly
Situated,

V.

Pilkington North America, Inc. et al.
(See Attachment A for full list of Defendants)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 0903**

JUDGE KRAM

TO: (Name and address of Defendant)

(See Attachment B)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Safirstein, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JAN 2 5 2008

DATE

(By) DEPUTY CLERK

# Attachment A

## List of All Defendants

**Pilkington North America, Inc.**

**Nippon Sheet Glass**

**AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)**

**Asahi Glass Co. Ltd.**

**Saint-Gobain Corporation**

**Saint-Gobain SA**

**Guardian Glass Corporation**

**Co-Conspirators I - X**

## Attachment B

**Pilkington North America, Inc.**
811 Madison Avenue
Toledo, OH 43604-5684

**Nippon Sheet Glass**
Sumitomo Fudosan Mita Twin Building West Wing
5-27, Mita 3-chome
Minato-ku, Tokyo 108-6321 JAPAN

**AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)**
1400 Lincoln Street
Kingsport, TN 37660

**Asahi Glass Co. Ltd.**
1-12-1, Yarakucho
Chiyoda-ku, Tokyo 100-8405 JAPAN

**Saint-Gobain Corporation**
750 E. Swedesford Road
Valley Forge, PA 19482-0101

**Saint-Gobain SA**
Les Miroirs
92096 La Défense Cedex
FRANCE

**Saint-Gobain SA**
Les Miroirs
18, avenue d'Alsace
92400 Courbevoie
FRANCE

**Guardian Glass Corporation**
2300 Harmon Rd.
Auburn Hills, MI 48326-1714

**Co-Conspirators I - X**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 0903

Date Filed: 1/25/2008

Plaintiff:
**DIVERSIFIED GLASS SERVICES, INC., Individually and on Behalf of Themselves and All Others Similarly Situated,**

vs.

Defendant:
**PILKINGTON NORTH AMERICA, INC. et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **PILKINGTON NORTH AMERICA, INC. located at 811 Madison Avenue, Toledo, Ohio 43604.**

I, Casey Dodson, being duly sworn, depose and say that on the **4th day of February, 2008 at 11:45 am**, I:

Personally served PILKINGTON NORTH AMERICA, INC. by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Demand for Jury Trial, Rule 7.1 Statement, Civil Cover Sheet, Attorney Rules, Guidelines for Electronic Case Filing, USDC/SDNY Procedures for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case** to Mary Pigott, Legal Department Employee, authorized to accept on behalf of the above named Entity.

**Description of Person Served:** Age: 50, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 130, Hair: Light, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 7th day of February, 2008 by the affiant who is personally known to me.

_Terrence Kidwell_

**TERRENCE KIDWELL**
Notary Public, State of Ohio
My Commission Expires 08-11-11

_Casey Dodson_
**Casey Dodson**
Process Server

Our Job Serial Number: 2008000485
Ref: 070064-00001

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V3.5j