AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

DIVERSIFIED GLASS SERVICES, INC., Individually
And On Behalf Of Themselves and All Others Similarly
Situated,

V.

Pilkington North America, Inc. et al.
(See Attachment A for full list of Defendants)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CV 0903

JUDGE KRAM

TO: (Name and address of Defendant)

(See Attachment B)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Safirstein, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____

(By) DEPUTY CLERK

DATE        JAN 2 5 2008

## Attachment A

### List of All Defendants

Pilkington North America, Inc.

Nippon Sheet Glass

AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)

Asahi Glass Co. Ltd.

Saint-Gobain Corporation

Saint-Gobain SA

Guardian Glass Corporation

Co-Conspirators I - X

## Attachment B

**Pilkington North America, Inc.**
811 Madison Avenue
Toledo, OH  43604-5684


**Nippon Sheet Glass**
Sumitomo Fudosan Mita Twin Building West Wing
5-27, Mita 3-chome
Minato-ku, Tokyo 108-6321 JAPAN


**AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)**
1400 Lincoln Street
Kingsport, TN  37660


**Asahi Glass Co. Ltd.**
1-12-1, Yarakucho
Chiyoda-ku, Tokyo 100-8405 JAPAN


**Saint-Gobain Corporation**
750 E. Swedesford Road
Valley Forge, PA  19482-0101


**Saint-Gobain SA**                    **Saint-Gobain SA**
Les Miroirs                            Les Miroirs
92096 La Défense Cedex                 18, avenue d'Alsace
FRANCE                                 92400 Courbevoie
                                       FRANCE


**Guardian Glass Corporation**
2300 Harmon Rd.
Auburn Hills, MI  48326-1714


**Co-Conspirators I - X**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
## AFFIDAVIT OF SERVICE

| | |
|---|---|
| **DIVERSIFIED GLASS SERVICES, INC.** | **PILKINGTON NORTH AMERICA, INC., et al.** |
| Plaintiff (Petitioner)                VS. | Defendant (Respondent) |

**CASE and/or DOCKET: 08-CV-0903**

I, _Eric A. Afflerbach_ declare that I am a Pennsylvania State Constable and/or Process Server, in and for the County of Berks, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected. I was authorized by law to perform the said service.

**SERVICE UPON:    SAINT GOBAIN CORPORATION**

**ADDRESS:    750 E SWEDESFORD RD, VALLEY FORGE PA 19482**

**On:    2/18/08        At:    12:00 P.M.**

Description: Approximate Age _55_ Height _5'6"_ Weight _100_ Race _W_ Sex _F_ Hair _BR_

**With Documents: SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT, JURY TRIAL DEMAND, RULE 7.1 STATEMENT GUIDELINES FOR ELECTRONIC FILING, USDC ELECTRONIC FILING INSTRUCTIONS, CIVIL COVER SHEET, USDC JUDGE SHIRLEY WOHL DRAM ATTORNEYS RULES.**

**Manner of Service**
By handing to:

- o    DELIVERED A COPY TO HIM/HER PERSONALLY

- o    LEFT A COPY WITH A HOUSEHOLD MEMBER NAME/RELATIONSHIP: _____

- o    LEFT A COPY WITH ADULT IN CHARGE OF RESIDENCE: NAME/RELATIONSHIP_____

- o    POSTED PROPERTY

- ✓    AGENT OR PERSON IN CHARGE OF PLACE OF BUSINESS: NAME/TITLE _Kathy MacMurray, paralegal_

- o    MILITARY STATUS: ____YES ____NO    BRANCH_____

**COMMENTS:**

DEFENDANT WAS NOT SERVED BECAUSE:
___ MOVED ___UNKNOWN ___NO ANSWER ___VACANT ___OTHER: _____

SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES/TIMES:
1.) _____ 2.) _____ 3.) _____

SWORN TO AND SUBSCIBED
BEFORE ME THIS _15_ DAY OF
_February_, 2008

_____
NOTARY

**CONSTABLE/PROCESS SERVER**

E.M.A Attorney Services, LLC. P.O. Box 26534, Collegeville Pa 19426 610.906.3535 (F) 610.845.7321

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TERESA MINZOLA Notary Public
Washington Twp., Berks County
My Commission Expires September 8, 2009