UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVERSIFIED GLASS SERVICES, INC., Individually And On Behalf Of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Pilkington North America, Inc., Nippon Sheet Glass, AGC Group (f/k/a AFG Glass or AFG Industries, Inc.), Asahi Glass Co. Ltd., Saint-Gobain Corporation, Saint-Gobain SA, Guardian Glass Corporation, and Co-Conspirators I -X,<br><br>Defendants. | Case No. 08-cv-0903 (LAK) |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP.  The office address, and telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

Dated: April 11, 2008

                                          Respectfully submitted,

                                          MILBERG LLP

                                          By: _____
                                          Peter Safirstein (PS 6176)
                                          One Pennsylvania Plaza
                                          New York, New York 10119
                                          212-594-5300
                                          psafirstein@milberg.com

                                          *Counsel for Plaintiff*

## BEFORE THE JUDICAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE FLAT GLASS<br>ANTITRUST LITIGATION (No. II) | MDL Docket No. 1942 |

## CERTIFICATE OF SERVICE

I, Peter Safirstein, hereby certify that on April 15, 2008, I caused copies of the Notice Of Change Of Law Firm Name upon the counsel listed on the attached Judicial Panel on Multidistrict Litigation Panel Attorney Service List via U.S. first call mail. Service of these documents on all other counsel on the attached Supplemental Service List was completed via e-mail or U.S. first class mail:

Dated: April 15, 2008

>Respectfully submitted,
>
>MILBERG LLP
>
>By: _____
>Peter Safirstein (PS-6176)
>One Pennsylvania Plaza
>New York, New York 10119
>212-594-5300
>psafirstein@milberg.com
>
>*Counsel for Plaintiff*

DOCS\430650v1

IN RE FLAT GLASS ANTITRUST LITIGATION (No. II)
MDL Docket No. 1942
Additional Parties for Services

| | |
|---|---|
| Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | Bryan L. Clobes, Esq.<br>Cafferty Faucher LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 |
| Garrett D. Blanchfield, Jr., Esq.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street<br>Suite E - 1250<br>St. Paul, MN 55101 | John C. Evans, Esq.<br>Specter Specter Evans & Monague PC<br>Koppers Building<br>436-7th Avenue<br>26th Floor<br>Pittsburgh, PA 15219 |
| Lawrence R. Desideri, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>41st Floor<br>Chicago, IL 60601 | Guardian Glass Corp.<br>2300 Harmon Road<br>Auburn Hills, MI 4836-1714 |
| Jeffrey B. Gittleman, Esq.<br>Barrack Rodos & Bacine<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103 | Paul S. Hessler, Esq.<br>LINKLATERS<br>1345 Avenue of the Americas<br>New York, NY 10105 |
| Steven A. Kanner, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 6001 | Mark Leddy, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, DC 20006 |
| Marvin Allen Miller, Esq.<br>Miller Law LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603 | Saint-Gobain S.A.<br>Les Miroirs 18, Avenue d'Alsace<br>Courbevoie, France 92400 |
| Hollis L. Salzman, Esq.<br>Labaton Sucharow LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | Barbara T. Sicalides, Esq.<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103 |
| David Francis Sorensen, Esq.<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Corey C. Watson, Esq.<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017 |

IN RE FLAT-GLASS ANTITRUST LITIGATION (No. II)
MDL Docket No. 1492
Additional Parties for Service

| COUNSEL: | REPRESENTED PARTY: |
|---|---|
| Michael Goldberg<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>T: 310-201-9150<br>F: 310-201-9160<br>mgoldberg@glancylaw.com | Plaintiff JOHN DRAPER d/b/a/ DRAPER'S AUTO GLASS |
| Joseph R. Saveri<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>T: 415-956-1000<br>F: 415-956-1008<br>jsaveri@lchb.com | Plaintiff DIVERSIFIED GLASS SERVICES, INC. |
| Steven E. Fineman<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017-2024<br>T: 212-355-9500<br>F:<br>sfineman@lchb.com | Plaintiff DIVERSIFIED GLASS SERVICES, INC. |
| Elwood S. Simon<br>John P. Zuccarini<br>Elwood S. Simon & Associates<br>355 S. Old Woodward Avenue, Suite 250<br>Birmingham, MI 48009<br>T: 248-646-9730<br>F: 248-258-2335<br>esimon@esimon-law.com<br>zuccarinis@aol.com | Plaintiff BURHANS GLASS COMPANY, INCORPORATED |
| Joel C. Meredith<br>Steve J. Greenfogel<br>Daniel B. Alanoff<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19103<br>sgreenfogel@mcgslaw.com<br>dallanoff@mcgslaw.com | Plaintiff BURHANS GLASS COMPANY, INCORPORATED |

| | |
|---|---|
| Robert A. Skirnick<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>One Liberty Plaza, 35th Floor<br>New York, NY  10006<br>T:<br>F:<br>MCGSNY@aol.com | Plaintiff BURHANS GLASS COMPANY, INCORPORATED |
| Ira Neil Richards<br>Trujillo, Rodriguez & Richards LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA  19103<br>T:<br>F:<br>ira@trrlaw.com | Plaintiff BURHANS GLASS COMPANY, INCORPORATED |
| Zachary Gottesman<br>James F. Keller<br>Gottesman and Associates<br>36 East 7th Street, Suite 212<br>Cincinnati, OH  45202<br>T:  513-864-2800<br>F: | Plaintiffs GILKEY WINDOW COMPANY, INC., FRANK'S GLASS, INC., GREENWOOD GLASS COMPANY |
| Jennifer Sprangel<br>Nyran Pearson<br>Cafferty Faucher LLP<br>30 North LaSalle Street, Suite 3200<br>Chicago, IL  60602<br>T:  312-782-4880<br>F:<br>jsprengel@caffertyfaucher.com<br>npearson@caffertyfaucher.com | Plaintiffs GILKEY WINDOW COMPANY, INC., FRANK'S GLASS, INC., GREENWOOD GLASS COMPANY |
| Robert S. Schachter<br>Susan Salvetti<br>Stephanie Kirwan<br>Zwerling Schachter & Zwerling<br>41 Madison Avenue<br>New York, NY 10010<br>T:  212-223-3900<br>F:  212-379-5969<br>rzwerling@zsz.com<br>ssalvetti@zsz.com<br>skirwan@zsz.com | Plaintiffs GILKEY WINDOW COMPANY, INC., FRANK'S GLASS, INC., GREENWOOD GLASS COMPANY |

| | |
|---|---|
| Jonathan Schub<br>Seeger Weiss<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>T: 215-564-2300<br>jshub@seegerweiss.com | Plaintiffs GILKEY WINDOW COMPANY, INC., FRANK'S GLASS, INC., GREENWOOD GLASS COMPANY |
| Stephen A. Weiss<br>Christopher A. Seeger<br>Seeger Weiss<br>One William Street<br>New York, NY 10004<br>T: 212-584-0700<br>sweiss@seegerweiss.com<br>cseeger@seegerweiss.com | Plaintiffs GILKEY WINDOW COMPANY, INC., FRANK'S GLASS, INC., GREENWOOD GLASS COMPANY |
| Gregory P. Hansel<br>Preti Flaherty Beliveau & Pachios LLP<br>One City Center<br>Portland, ME 04101<br>T: 207-791-3000<br>F: 207-791-3111<br>ghansel@preti.com | Plaintiff COLONIAL GLASS SOLUTIONS |
| Gaines C. McCorquodale<br>McCorquodale & McCorquodale<br>226 Commerce Street<br>P.O. Drawer 1137<br>Jackson, AL 36545<br>T: 251-246-9015<br>F: 251-246-3247<br>mccmcc@birch.net | Plaintiff COLONIAL GLASS SOLUTIONS |
| Douglas G. Thompson, Jr.<br>Richard M. Volin<br>Finkelstein Thompson LLP<br>The Duvall Foundry<br>1050 30th Street, N.W.<br>Washington, DC 20007<br>T: 202-337-8000<br>F: 202-337-8090<br>dthompson@finkelsteinthompson.com<br>rvolin@finkelsteinthompson.com | Plaintiff COLONIAL GLASS SOLUTIONS |
| Thomas A. Muzilla<br>The Muzilla Law Firm, LLC<br>Tower at Erieview Suite 1100<br>1301 East 9th Street<br>Cleveland, OH 44114<br>T: 216-458-5880<br>F: 216-928-0016<br>tom@muzillalaw.com | Plaintiff PERILSTEIN GLASS CORPORATION |

DOCS\430650v1

| | |
|---|---|
| Robert D. Liebenberg<br>Donald L. Perelman<br>Fine, Kaplan and Black, R.P.C.<br>1835 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>T: 215-567-6565<br>F: 215-568-5872<br>RLiebenberg@finekaplan.com<br>DPerlman@finekaplan.com | Plaintiff PERILSTEIN GLASS<br>CORPORATION |
| Simon B. Paris<br>Saltz Mongeluzzi Barrett & Bendesky, P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>T: 215-496-8282<br>F: 215-496-0999<br>sparis@smbb.com | Plaintiff PERILSTEIN GLASS<br>CORPORATION |
| Michael J. Boni<br>Boni & Zack, LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>T: 610-822-0200<br>F: 610-822-0206<br>mboni@bonizack.com | Plaintiff PERILSTEIN GLASS<br>CORPORATION |
| Joseph Goldberg<br>Freedman Boyd Hollander Goldberg & Ives, P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>T: 505-842-9960<br>F: 505-842-0761<br>jg@fbdlaw.com | Plaintiff PERILSTEIN GLASS<br>CORPORATION |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>T:<br>F:<br>guido@saveri.com<br>rick@saveri.com | Plaintiff MARAN-WURZELL GLASS<br>MIRROR |

| | |
|---|---|
| Michael D. Hausfeld<br>Benjamin D. Brown<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>T:<br>F:<br>mhausfeld@cmht.com<br>bbrown@cmht.com | Plaintiff D&S SERVICES, INC. |
| Robert G. Eisler<br>Steig D. Olson<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY  10022<br>T:<br>F:<br>reisler@cmht.com<br>solson@cmht.com | Plaintiff D&S SERVICES, INC. |
| Daniel E. Gustafson<br>Jason S. Kilene<br>James W. Anderson<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN  55402<br>T:  612-333-8844<br>F:  612-339-6622<br>dgustafson@gustafsongluek.com<br>JKilene@gustafsongluek.com<br>janderson@gustafsongluek.com | Plaintiff SUPERIOR GLASS, INC. |
| Dianne M. Nast<br>RodaNast, PC<br>801 Estelle Drive<br>Lancaster, PA  17601<br>T:  717-892-3000<br>F:  717-892-1200 | Plaintiff SUPERIOR GLASS, INC. |
| Dennis Stewart<br>Hulett Harper Stewart LLP<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br>T:  619-338-1133<br>F:  619-338-1139<br>dstewart@hulettharper.com | Plaintiff SUPERIOR GLASS, INC. |

| | |
|---|---|
| Manuel J. Dominquez<br>Berman DeValerio Pease Tabacco Burt & Pacillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>T: 561-835-1050<br>F: 561-835-0322<br>jdominguez@bermanesq.com | Plaintiff SUPERIOR GLASS, INC. |
| Richard J. Arenault<br>Neblett, Beard & Arsenault<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandira, LA 71301<br>T: 800-256-1050<br>F: 318-561-2591<br>rarsenault@nbalawfirm.com | Plaintiff SUPERIOR GLASS, INC. |
| Nicholas J. Drakulich<br>The Drakulich Firm<br>2727 Camino Del Rio South, Suite 322<br>San Diego, CA 92108<br>T: 858-755-5887<br>F: 858-755-6456<br>jenndrak@sbcglobal.net | Plaintiff SUPERIOR GLASS, INC. |
| Fred T. Isquith<br>Mary Jane Fait<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>T: 212-545-4600<br>F: 212-545-4653<br>isquith@whafh.com<br>fait@whafh.com | Plaintiffs FRANK'S GLASS, INC.,<br>GREENWOOD GLASS COMPANY |
| Joseph C. Kohn<br>Douglas A. Abrahams<br>William E. Hoese<br>Stephen H. Schwartz<br>Kohn Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>T: 215-238-1700<br>F: 215-238-1968<br>jkohn@kohnswift.com<br>dabrahams@kohnswift.com<br>whoese@kohnswift.com<br>sschwartz@kohnswift.com | Plaintiff WALLY'S GLASS SERVICES, INC. |

| | |
|---|---|
| Samuel R. Simon<br>Jacobs Law Group, PC<br>1800 JFK Boulevard, Suite 404<br>Philadelphia, PA  19103-7405<br>T:  215-569-9701<br>F:  215-569-9788<br>ssimon@jacobslawpc.com | Plaintiff WALLY'S GLASS SERVICE, INC. |
| Laurence Paskowitz<br>Law Offices of Laurence Paskowitz<br>60 East 42nd Street, Suite 4600<br>New York, NY  10165<br>T:  212-685-0969<br>F:  212-685-2306<br>lpaskowitz@pasklaw.com | Plaintiff WALLY'S GLASS SERVICE, INC. |
| Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL  33143<br>T:  305-357-3010<br>F:  305-357-9050<br>klove@hanzmancriden.com | Plaintiff GREENWOOD GLASS COMPANY |
| Brian Murray<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue, 8th Floor<br>New York, NY  10016<br>T:  212-6821818<br>F:  212-682-1892<br>bmurray@murrayfrank.com | Plaintiff PUBLIC SUPPLY COMPANY |
| Charles H. Johnson<br>Charles H. Johnson & Associates<br>2599 Mississippi Street<br>New Brighton, MN  55112-5060<br>T:  651-633-5685<br>F:  651-633-4442<br>johnsonbarbara5@aol.com | Plaintiffs PUBLIC SUPPLY COMPANY &<br>INTERSTATE BUILDING MATERIALS |
| Vincent J. Esades<br>Troy J. Hutchinson<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN  55403<br>T:  612-412-3553<br>F:<br>vesades@heinsmills.com<br>thutchinson@heinsmills.com | Plaintiffs PUBLIC SUPPLY COMPANY<br>THERMO-TWIN INDUSTRIES, INC. |

| | |
|---|---|
| Bruce Simon<br>Pearson, Simon, Soter, Warshaw & Penny LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA  94101<br>T:  415-433-9000<br>F:<br>bsimon@psswplaw.com | Plaintiff RAYMOND'S GLASS, INC. |
| Eugene A. Spector<br>William G. Caldes<br>Spector Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>T:  215-496-0300<br>F:<br>espector@srk-law.com<br>bcaldes@srk-law.com | Plaintiff RAYMOND'S GLASS, INC. |
| Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA  19103<br>T:  215-545-0700<br>F:<br>asher@wka-law.com<br>Reuben@wka-law.com | Plaintiff RAYMOND'S GLASS, INC. |
| Andrew B. Sacks<br>John K. Weston<br>Sacks & Weston<br>114 Old York Road<br>Jenkintown, PA  19046<br>T:  215-925-8200<br>F:<br>asacks@sackslaw.com<br>jweston@sackslaw.com | Plaintiff RAYMOND'S GLASS, INC. |
| R. Edison Hill<br>Hill, Peterson, Carper, Bee & Deizer, P.L.L.C.<br>Northgate Business Park<br>500 Tracy Way<br>Charleston, MW  25311-1261<br>T:  304-345-5667<br>F:  304-345-1519<br>rehill@hpcbd.com | Plaintiff BAILES GRANITE & MARBLE |

| | |
|---|---|
| Mark S. Goldman<br>Theodor A. Swanson<br>Goldman Scarlato & Karon, P.C.<br>101 West Elm Street, Suite 360<br>Conshocken, PA  19428<br>goldman@gsk-law.com | Plaintiff J. STEVE WOODARD d/b/a FAST GLASS SERVICE |
| James C. Wyly<br>Jack I Patteson II<br>Patton Roberts, PLLC<br>111 Center Street, Suite 1315<br>Little Rock, AR  72201<br>jwyly@pattonroberts.com | Plaintiff J. STEVE WOODARD d/b/a FAST GLASS SERVICE |
| John G. Emerson<br>Emerson Poynter LLP<br>The Museum Center<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR  72201 | Plaintiff J. STEVE WOODARD d/b/a FAST GLASS SERVICE |
| Jason S. Hartley<br>Jason M. Lindner<br>Ross Dixon and Bell LLP<br>550 West B. Street, Suite 400<br>San Diego, CA  92101<br>jhartley@rdblaw.com | Plaintiff HEAD WEST, INC. |
| Norman E. Siegel<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO  64112<br>siegel@sshwla.com | Plaintiff HEAD WEST, INC. |
| Paul L. Gale<br>Ross Dixon and Bell LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA  92614-8592<br>pgale@rdblaw.com | Plaintiff HEAD WEST, INC. |
| | |
| Saint-Gobain Corp.<br>750 East Swedesford Road<br>Valley Forge, PA  19482 | Defendant |