UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIVERSIFIED GLASS SERVICES, INC.,**<br><br>       Plaintiff,<br><br>**v.**<br><br>**PILKINGTON NORTH AMERICA, INC., ET AL.,**<br><br>       Defendant. | Case No. 08-cv-00903 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF
PILKINGTON NORTH AMERICA, INC., AND
NIPPON SHEET GLASS COMPANY, LTD.**

Christopher J. Huber
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Street
Philadelphia, PA  19103-2799
Telephone:  215.981.4446
Facsimile:   215.981.4750
huberc@pepperlaw.com

Filed original on May 7, 2008/Filed electronically on June 5, 2008

**PLEASE TAKE NOTICE** that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, Pilkington North America, Inc. and Nippon Sheet Glass Company, Ltd., enters its appearance in this case and requests that all notices or papers served in this case be served on counsel for Pilkington North America, Inc. and Nippon Sheet Glass Company, Ltd. at the following address and that the following address, telephone number, facsimile number and email address be added to the Court's master mailing list for this case:

> Christopher J. Huber
> **PEPPER HAMILTON LLP**
> 3000 Two Logan Square
> Eighteenth and Arch Street
> Philadelphia, PA  19103-2799
> Telephone:  215.981.4446
> Facsimile:   215.981.4750
> huberc@pepperlaw.com.

> Pilkington North America, Inc. and Nippon Sheet Glass Company, Ltd.
> By Counsel

>  /s/ Christopher J. Huber
> Christopher J. Huber
> **PEPPER HAMILTON LLP**
> 3000 Two Logan Square
> Eighteenth and Arch Street
> Philadelphia, PA  19103-2799
> Telephone:  215.981.4446
> Facsimile:   215.981.4750
> huberc@pepperlaw.com
>
> *Counsel for Pilkington North America, Inc. and Nippon Sheet Glass Company, Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices on behalf of Pilkington North America, Inc. and Nippon Sheet Glass Company, Ltd. was served by first class mail on May 7, 2008 and by the ECF system on June 5, 2008 upon the attached service list.

      /s/ Greta D. Brake
      Greta D. Brake
      Senior Paralegal

# SERVICE LIST

Corey C. Watson
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800
213.680.8482 (office)
213.680.8500 (fax)
Attorney for Defendants
Guardian Glass Corporation

Peter Safirstein
Milberg Weiss LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
212.594.5300 (office)
212.868.1229 (fax)

Paul Hessler
Linklaters LLP
1345 Avenue of the Americas
New York, NY  10105
212.903.9140 (office)
212.903.9100 (fax)
Attorney for Defendants
Saint-Gobain Corporation &
Saint-Gobain S.A.

Merrill G. Davidoff
David Francis Sorensen
Eric L. Cramer
Mathew Powers McCahill
Michael Dell'Angelo
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
215.875.3000 (office)
215.875.4604 (fax)

Leah Brannon
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., N.W.
Washington, DC  20006
202.974.1500 (office)
202.974.1999 (fax)
Attorney for Defendants
Asahi Glass Company Ltd. &
AGC Group (f/k/a AFG Glass or AFG Industries, Inc.)

Joseph R. Saveri
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
415.956.1000 (office)
415.956.1008 (fax)

Steven E. Fineman
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
212.355.9500 (office)
212.355.9592 (fax)

Attorneys for Plaintiff Diversified Glass Services, Inc., Individually and on Behalf of Itself and all Others Similarly Situated